(No. 6266— 

THE SALVATION ARMY, An Illinois Corporation, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed January 11, 1972.*

KENNEDY, GOLAN, MORRIS, SPANGLER AND GREENBERG, Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.